

FILED
OCT 15 2019
CLERK U.S. DISTRICT COURT
NORFOLK, VA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

NORFOLK DIVISION

UNITED STATES OF AMERICA

v.

DEREK J. CAMDEN

Case No. 2:19mj530
Court Date: November 14, 2019

CRIMINAL INFORMATION

COUNT ONE
(Misdemeanor)-Violation Notice No. 7253764

THE UNITED STATES ATTORNEY CHARGES:

That on or about August 16, 2019, at Joint Expeditionary Base Little Creek-Fort Story, Virginia Beach, Virginia, in the Eastern District of Virginia, the defendant, DEREK J. CAMDEN, did unlawfully, knowingly, and intentionally possess marijuana, a Schedule I controlled substance.

(In violation of Title 21, United States Code, Section 844.)

COUNT TWO
(Misdemeanor)

THE UNITED STATES ATTORNEY CHARGES:

That on or about August 16, 2019, at Joint Expeditionary Base Little Creek-Fort Story, Virginia Beach, Virginia, in the Eastern District of Virginia, the defendant, DEREK J. CAMDEN, did willfully violate a defense property security regulation: Chief of Naval Operations Instruction 5530.14E, to wit: Transporting and introducing a firearm onboard a United States Navy installation without proper authorization.

(In violation of Title 50, United States Code, Section 797 and Chief of Naval Operations Instruction 5530.14E).

COUNT THREE
(Petty Offense)

THE UNITED STATES ATTORNEY CHARGES:

That on or about August 16, 2019, at Joint Expeditionary Base Little Creek-Fort Story, Virginia Beach, Virginia, in and on federal property in the Eastern District of Virginia, the defendant, DEREK J. CAMDEN, did fail to comply with official signs of a prohibitory, regulatory, or directory nature.

(In violation of Title 41, Code of Federal Regulations, Section 102-74.385).

Respectfully submitted,

G. Zachary Terwilliger
United States Attorney

By: /s/ James T. Cole
James T. Cole
Special Assistant U.S. Attorney
Office of the U.S. Attorney
101 West Main Street, Suite 8000
Norfolk, VA  23510
Ph: (757) 441-6712
Fax:(757) 441-3205
James.Cole@usdoj.gov

CERTIFICATE OF MAILING

I hereby certify that on the date indicated below, I caused a true and correct copy of the foregoing Criminal Information to be mailed, postage prepaid, to the defendant in the above-styled case.

/s/ James T. Cole
James T. Cole
Special Assistant U.S. Attorney
Office of the U.S. Attorney
101 West Main Street, Suite 8000
Norfolk, VA  23510
Ph: (757) 441-6712
Fax:(757) 441-3205
James.Cole@usdoj.gov

10 October 2019
Date

2